UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-1656-CBS |
| vs. ) | |
| ) | |
| WILLIAM T. GAINES ) | |
| ) | |

## GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, arrest warrant, this motion and any order thereon, and any other paperwork related to this matter until further order of the Court. As grounds therefor, the government states that the public disclosure of the information contained in said documents might jeopardize the ongoing investigation of this case, as well as the ability of the government to safely and successfully execute the arrest warrant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Jeremy M. Sternberg
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel: (617) 748-3142

SO ORDERED:

_____
CHARLES B. SWARTWOOD
United States Magistrate Judge

Date: 2-19-04