AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

V.

WILLIAM T. GAINES
60 Highland Drive
Danville, NH
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1656-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 31, 2003 in Norfolk county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) after being convicted in, among other courts, Suffolk County (Massachusetts) Superior Court, of a crime punishable by imprisonment for a term exceeding one year, possess in or affecting commerce, a firearm, to wit: a Smith & Wesson, Model CS 40, .40 caliber semi-automatic handgun, bearing serial number TDS 4224.

in violation of Title 18 United States Code, Section(s) 922(g)(1).

I further state that I am a(n) Special Agent, ATF
Official Title

and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

02-19-2004            at       Boston, Massachusetts
Date                                City and State

Charles B. Swartwood
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.