AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

WILLIAM T. GAINES
60 Highland Drive
Danville, NH 03819

## WARRANT FOR ARREST

CASE NUMBER: 04-1656-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ William T. Gaines
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of a firearm which has been shipped or transported in interstate commerce

in violation of Title ____18____ United States Code, Section(s) 922 (g)(1)

CHARLES B. SWARTWOOD
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

02-19-2004    Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                        Name of Judicial Officer

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  William T. Gaines

ALIAS:

LAST KNOWN RESIDENCE:  60 Highland Drive, Danville, NH 03819

LAST KNOWN EMPLOYMENT:  B & B Plumbing, 10 Jay Street, Cambridge, MA

PLACE OF BIRTH:  Boston, MA

DATE OF BIRTH (4 digit year):  00-00-1971

SOCIAL SECURITY NUMBER (last 4 digits only):  000 - 00 - 8530

HEIGHT:  6' 2"                          WEIGHT:  195

SEX:  Male                             RACE:  Black

HAIR:  Black                           EYES:  Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:  Bureau of Alcohol, Tobacco, Firearms and Explosives

120 Front Street, Room 610, Worcester, MA 01608