2-27-04

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MAGISTRATE NO. 04-1656-CBS |
| | ) | |
| WILLIAM T. GAINES | ) | |

MOTION TO CONTINUE DETENTION HEARING

Defendant moves to continue the detention hearing in this case currently scheduled for today, February 25, 2004, to the morning of March 5, 2004.

WILLIAM T. GAINES
By his attorney,

Owen S. Walker
   B.B.O. #513040
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Owen S. Walker, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Jeremy M. Sternberg by delivery on February 25, 2004.

Owen S. Walker

3-10-04
Allowed. Detention hearing re-scheduled to 3-18-04 @ 10:00 AM in Wor.