UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
        Plaintiff,
v.
                              CR 04-1656-CBS

WILLIAM T. GAINES,
        Defendant,

## ORDER OF APPOINTMENT OF COUNSEL

February 20, 2004

SWARTWOOD, M.J.

It is hereby ORDERED that Owen Walker of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                              CHARLES B. SWARTWOOD, III
                              MAGISTRATE JUDGE

                              By the Court:

                              /s/ Lisa B. Roland
                              Lisa B. Roland
                              Deputy Clerk