UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>WILLIAM T. GAINES           ) | MAGISTRATE NO. 04-1656-CBS |

### JOINT MOTION TO CONTINUE DETENTION HEARING

The parties hereby jointly move to continue the detention hearing in this case currently scheduled for March 18, 2004 to April 1, 2004.

WILLIAM T. GAINES

By his attorney

_/s/ Owen S. Walker / by jms_
Owen S. Walker
B.B.O. #513040
Federal Defender Office
408 Atlantic Avenue, 3d Floor
Boston, MA 02110
Tel. (617) 223-8061

UNITED STATES OF AMERICA

By its attorney

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _/s/ Jeremy M. Sternberg_
Jeremy M. Sternberg
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way
Suite 9200
Boston, MA 02210
Tel. (617) 748-3142

### Certificate of Service

I, Jeremy M. Sternberg, hereby certify that a true copy of the above document was served upon Owen S. Walker by mail on March 16, 2004.

_/s/ Jeremy M. Sternberg_
Jeremy M. Sternberg
Assistant U.S. Attorney