UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | MAGISTRATE NO. 04-1656-CBS |
| ) | |
| WILLIAM T. GAINES ) | |

## ASSENTED-TO MOTION TO CONTINUE DETENTION AND PRELIMINARY HEARING

Defendant moves to continue the detention and preliminary hearing in this case for approximately two weeks. The government has extended defendant's counsel the courtesy of providing discovery, of which there is approximately 100 pages and which includes a tape recording, at this early stage in the case. Defendant needs time to review this discovery material.

The government, per Assistant United States Attorney Jeremy M. Sternberg, assents to the allowance of this motion. (Mr. Steinberg will be unavailable from March 19-25, 2004.)

WILLIAM T. GAINES
By his attorney,

*Owen S. Walker*
Owen S. Walker
B.B.O. #513040
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Owen S. Walker, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Jeremy M. Sternberg by delivery on March 3, 2004.

*Owen S. Walker*
Owen S. Walker