UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAR 30 P 12: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | MAGISTRATE NO. 04-1656-CBS |
| | ) | |
| WILLIAM T. GAINES | ) | |

MOTION TO CONTINUE DETENTION HEARING

The United States hereby moves to continue the detention hearing in this case currently scheduled for March 30, 2004 to April 12, 2004.

UNITED STATES OF AMERICA

By its attorney

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Jeremy M. Sternberg
Jeremy M. Sternberg
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way
Suite 9200
Boston, MA 02210
Tel. (617) 748-3142

Certificate of Service

I, Jeremy M. Sternberg, hereby certify that a true copy of the above document was served upon Owen S. Walker, counsel for William Gaines, by mail on March 29, 2004.

/s/ Jeremy M. Sternberg
Assistant U.S. Attorney

4-1-04
allowed. Detention hearing rescheduled to 4-12-04 @ 2:30pm -
[signature] MJ